UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ANTHONY TUCKER, | ) | |
|---|---|---|
| | ) | Case No. 1:21-cv-129 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| MIKE PARRIS AND HERBERT SLATERY, | ) ) ) | |
| *Respondents*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to **TRANSFER** this action to the Nashville Division of the United States District Court for the Middle District of Tennessee and to **CLOSE** this Court's file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT